UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE WEIBLE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DAVID LONG, Warden,<br><br>　　　　Respondent. | Case No. 14-03619 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED**.

Dated:　　7/12/2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.14\03619Weible_judgment